UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 35, <br><br> Plaintiff, <br><br> v. <br><br> AMSTAR OF WESTERN NEW YORK, <br><br> Defendant, <br><br> and <br><br> WAYLAND WATER DEPARTMENT, TOWN OF WAYLAND, MASSACHUSETTS, <br><br> Trustee. | 04 10552 MLW <br><br> Civil Action No. |

AFFIDAVIT OF RALPH HARRIMAN, BUSINESS MANAGER
PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 35

1. My name is Ralph Harriman. I am the business manager of Painters and Allied Trades District Council No. 35 ("District Council No. 35"). My office is located at 25 Colgate Road, Roslindale, MA 02131. As business manager, I am responsible for the day-to-day administration of District Council No. 35, including the maintenance and oversight of all its activities. In this capacity, I am also union co-chair of the Painters and Allied Trades District Council No. 35 Joint Trade Board. I am familiar with the collective bargaining agreements of the District Council and the awards issued by the Joint Trade Board.

2. Defendant Amstar of Western New York ("Amstar") is signed to a collective bargaining agreement with Painters District Council No. 4, located in Buffalo, New York. A true and accurate copy of the signature page to that contract is attached hereto as Exhibit A.

3. Defendant Amstar's contract with District Council No. 4 provides that the employer party to the agreement shall, when engaged in work outside the geographic jurisdiction of the Union party to the agreement, comply with all the lawful clauses of the collective bargaining agreement in effect in said other geographic jurisdiction and executed by the employers of the industry and local unions in that jurisdiction, including, but not limited to, the provisions of the wages, hours, working conditions and all the fringe benefits.

4. District Council No. 35 has a collective bargaining agreement with a multi-employer association, the Finishing Employers Association of New England, Inc. A true and accurate copy of that Agreement is attached hereto as Exhibit B. The Agreement's jurisdiction applies to all counties in Massachusetts, as well as parts of Vermont and New Hampshire.

5. District Council No. 35's collective bargaining agreement provides for the arbitration of disputes that arise under the Agreement. The Joint Trade Board is the body authorized to hear and adjudicate "all questions of interpretations of this Agreement and all grievances or complaints," and the Joint Trade Board's decisions are binding as to the parties.

6. Based on reports of District Council No. 35 Business Representative William Doherty, Painters District Council No. 35 brought charges against Defendant

Amstar. The business representative alleged that the Defendant performed work on a tank project for the Town of Brewster, Massachusetts but had failed to honor the provisions of District Council No. 35's collective bargaining agreement with respect to wages, hours, working conditions and fringe benefits therein.

7. Defendant was given notice before the Joint Trade Board of these charges on January 12, 2004. A true and accurate copy of this correspondence is attached hereto as Exhibit C. A hearing was held before the Joint Trade Board on February 6, 2004 based upon the submission by District Council No. 35. No representative of Amstar was present at the hearing despite previous notice given to the company in writing and by telephone.

8. Based upon the information provided by the District Council No. 35 representative, the Joint Trade Board found Defendant in violation of Article XII, Section 3- Memorandum of Understanding; Article XI, Section 2- Outside Geographic Jurisdiction; Article IX, Section 1 (A), (B)- Probationary Contractor/Employer Obligations; Article IX, Section 2- Reporting Requirements; Article X- Dues Check-Off; and Article IV, (A)- Union Security Clause, when it failed to apply the terms and conditions of the Painters District Council No. 35 Agreement to its job on the tank project for the Town of Brewster, Massachusetts.

9. On February 6, 2004, the Joint Trade Board awarded District Council No. 35 all wages and fringe benefits for half of the hours worked on the Town of Brewster, Massachusetts tank project in the amount of $61,951.40, plus $3,636.28 for dues checkoff, $399.15 for PAC/PR, $1,197.45 for Organizing, and a $75 fine for job non-registration. The Joint Trade Board also assessed a $200 administrative fee

3

and 20% liquidated damages as provided for in the collective bargaining agreement, for a total of $79,849.56. Notice of this award was sent to Defendant via certified mail on February 6, 2004. A true and accurate copy of that notice is attached hereto as Exhibit D.

10. Amstar is a contractor based in Buffalo, New York which infrequently works in Massachusetts as a painting contractor and the opportunity to obtain security in the future is speculative.

11. Amstar commenced a job at the Wayland Water Department in Wayland, Massachusetts on or about March 10, 2004. It is anticipated that Amstar's work on this project will last no longer than two or three weeks, thereby limiting District Council No. 35's ability to collect the amount owed by Amstar under the Joint Trade Board award. Upon information and belief, Amstar's contract with the Wayland Water Department is for $159,000.00.

12. To date, Defendant has refused to comply with the Joint Trade Board's Award, and has failed to file an action to vacate or modify the Arbitration Award.

SIGNED UNDER THE PENALTIES OF PERJURY this 18th day of March, 2004.

_____
Ralph Harriman