UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 35,<br><br>Plaintiff,<br><br>v.<br><br>AMSTAR OF WESTERN NEW YORK,<br><br>Defendant,<br>and<br><br>WAYLAND WATER DEPARTMENT, TOWN OF WAYLAND, MASSACHUSETTS,<br><br>Trustee. | **04 10552 MLW**<br><br>Civil Action No. |

ORDER OF APPROVAL OF EX PARTE
ATTACHMENT ON TRUSTEE PROCESS

This cause came to be heard upon an ex parte motion for an order of approval of attachment on trustee process on Trustee Wayland Water Department, Town of Wayland, Massachusetts, and upon consideration thereof, and such amount being over and above any insurance known or reasonably believed to be available, the court hereby finds that there is a clear danger that the Defendant, if notified in advance of the attachment on trustee process, will withdraw the goods, effects or credits from the hands and possession of the trustee and remove them from the Commonwealth or will conceal them.

2

WHEREUPON the court hereby approves attachment on trustee process on Trustee Wayland Water Department, Town of Wayland, Massachusetts, in the amount of $79,849.56, subject to all applicable exemptions and limitations provided by law.

Dated this 29th day of March, 2004

_____
District Court Judge

2