UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -7 P 2: 46

U.S. DISTRICT COURT
DISTRICT OF MASS

PAINTERS AND ALLIED TRADES )
DISTRICT COUNCIL NO. 35, )
)
Plaintiff, )
)
v. ) C.A. No. 04 10552 MLW
)
AMSTAR OF WESTERN NEW YORK, )
)
Defendant. )

## VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Painters and Allied Trades District Council No. 35 hereby voluntarily dismisses the above-captioned action against Defendant Amstar of Western New York with prejudice.

Plaintiff,
Painters and Allied Trades
District Council No. 35
By its attorney,

Jonathan M. Conti, BBO#657163
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

DATED: June 3, 2004

## CERTIFICATE OF SERVICE

    I, Jonathan M. Conti, Esq., hereby certify that on this day, I mailed a copy of the within document by first class mail, postage prepaid, to Judy S. Hernandez, Esq., Damon & Morey LLP, 1000 Cathedral Place, 298 Main Street, Buffalo, NY 14202-4096.

_____<br>Jonathan M. Conti

DATED: June 3, 2004

# FEINBERG, CAMPBELL & ZACK, P.C.

Attorneys at Law
177 Milk Street, Suite 300 • Boston, Massachusetts 02109
617-338-1976
Fax 617-338-7070   Toll Free 800-338-6004

MICHAEL A. FEINBERG
maf@fczlaw.com
CATHERINE M. CAMPBELL
cmc@fczlaw.com
Also admitted in California
ARTHUR G. ZACK
agz@fczlaw.com

JONATHAN M. CONTI
jmc@fczlaw.com
Also admitted in Connecticut
and Wisconsin

FILED
CLERKS OFFICE
2004 JUN -7 P 2: 45
U.S. DISTRICT COURT
DISTRICT OF MASS

June 4, 2004

Office of the Clerk
United States District Court
One Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Painters And Allied Trades District Council No. 35 v. Amstar of Western New York
      C.A. No. 04-10552 MLW

Dear Sir/Madam:

Pursuant to the above referenced matter, enclosed please find a Voluntary Dismissal. Kindly file and docket in the usual manner.

Very truly yours,

Michelle Diamond
Legal Assistant to Jonathan M. Conti

Enclosure